IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TYRONE SUMMERS,**

    **Plaintiff,**

v.                                                   Case No. 4:20-cv-542-AW-MAF

**E. HAND,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Tyrone Summers initiated this case pro se. The magistrate judge directed him to either pay the filing fee or submit an IFP motion. ECF No. 3. Summers did neither. The magistrate judge thus recommends that the case be dismissed for failure to prosecute and failure to follow a court order. ECF No. 4. Summers has not objected to the magistrate judge's Report and Recommendation. It appears Summers has abandoned the litigation.

I now conclude that the Report and Recommendation (ECF No. 4) should be adopted, and it is incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 14, 2021.

                                          s/ *Allen Winsor*
                                          United States District Judge